IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ROCKELL BOGAN, Individually and on**  **PLAINTIFF**
**Behalf of All Others Similarly Situated**

v.　　　　　　　　　　CASE NO. 5:22-CV-05096-TLB

**LTC OF ROGERS, LLC**　　　　　　　　　　　　　　　　**DEFENDANT**

## JOINT NOTICE OF LIABILITY SETTLEMENT

　　The purpose of this Joint Notice of Liability Settlement is to apprise the Court that Plaintiff and Defendant have reached a liability-only settlement in principle that will resolve Plaintiff's alleged unpaid wages and liquidated damages. The Parties are in the process of finalizing liability settlement documents and expect to file a Joint Stipulation of Dismissal of Plaintiff's Liability Claims within 45 days of the filing of this Joint Notice. If the Parties cannot agree on costs and a reasonable fee, Plaintiff will submit a petition for an award of attorneys' fees within 30 days of the filing of the Joint Stipulation of Dismissal of Plaintiff's Liability Claims. In light of the settlement progress, the Parties request that all pending deadlines be stayed.

Respectfully submitted,

**ROCKELL BOGAN, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and    DEFENDANT LTC OF ROGERS, LLC**

FRIDAY, ELDREDGE & CLARK
400 West Capitol, Suite 2100
Little Rock, Arkansas 72201
Telephone: (501) 370-1402
Facsimile: (501) 244-5305

*/s/ H. Wayne Young, Jr.*
H. Wayne Young, Jr.
Ark. Bar No. 2003128
wyoung@fridayfirm.com