## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**ROCKELL BOGAN, Individually and on**                          **PLAINTIFF**
**Behalf of All Others Similarly Situated**

**v.**                          **CASE NO. 5:22-CV-05096-TLB**

**LTC OF ROGERS, LLC**                          **DEFENDANT**

### JOINT NOTICE OF REMAINING SETTLEMENT

Plaintiff and Defendant submit this Joint Notice of Remaining Settlement to apprise the Court that they have drafted a liability settlement agreement and have reached a settlement in principle that will resolve attorneys' fees and costs incurred in this action. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within seven (7) days from the filing of this Joint Notice of Remaining Settlement.

Respectfully submitted,

**ROCKELL BOGAN, Individually**
**and on Behalf of All Others**
**Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and    DEFENDANT LTC OF ROGERS, LLC**

FRIDAY, ELDREDGE & CLARK
400 West Capitol, Suite 2100
Little Rock, Arkansas 72201
Telephone: (501) 370-1402
Facsimile: (501) 244-5305

*/s/ H. Wayne Young, Jr.*
H. Wayne Young, Jr.
Ark. Bar No. 2003128
wyoung@fridayfirm.com